# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LISA MERTINS,**

    Plaintiff,

  v.                                Case No. 18-CV-1472

**NANCY BERRYHILL,**
  *Deputy Commissioner for Operations,*
  *Social Security Administration,*

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR REMAND

On April 8, 2019, the parties filed a stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The motion will be granted.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), ECF No. 15, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and this action is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). On judicial remand, the Appeals Council will remand this matter to an administrative law judge to develop the administrative record as necessary and issue a new decision that reevaluates the plaintiff's

residual functional capacity and the medical opinion evidence. The ALJ will determine whether the plaintiff is disabled using the sequential evaluation process.

**FINALLY, IT IS ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 8th day of April, 2019.

**BY THE COURT:**

*s/David E. Jones*
DAVID E. JONES
United States Magistrate Judge